UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAWRENCE PAUL WEBB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:16-cv-00005 |
| vs. ) | CHIEF JUDGE CRENSHAW |
| ) | Magistrate Judge King |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On October 13, 2017, the United States Magistrate Judge recommended that Plaintiff's Motion for Judgment (Doc. 13) be denied, that the decision of the Commissioner be affirmed, and that final judgment be entered pursuant to Sentence 4 of 42 U.S.C. § 405(g). Report and Recommendation (Doc. 17). Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection.

The Report and Recommendation (Doc. No. 17) is **ADOPTED AND AFFIRMED.** Plaintiff's Motion for Judgment (Doc. 13) is **DENIED.** The decision of the Commissioner is **AFFIRMED**. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in favor of the Commissioner pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE